

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re:  Keith Russell Judd, Appellant

No. 06-13-00042-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed as moot.  Therefore, we dismiss the petition.

RENDERED MAY 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk